(Name) Bill W. Williams
(Address) (GBDF) 446 Alta RD. suite 5300
(City, State, Zip) San Diego, CA. 92158
(CDC Inmate No.) Booking 07780907
Ph. #(619) 661-2620

2254 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
CONSENT TO
Court ✓ ProSe ___

FILED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

(P) (1) Bill W. Williams no. #1
v. v. v. Plaintiff,

(D)-(1) City of Chula Vista-S.COX. mayor
(D)-(2) City Attorney A. Moore
(D)-(3) Dep. City Attorney Dawson
(D)-(4) Chief of Police R. Emerson,
(D)-(5) Capt. C.V.P.D. Hunter,
(D)-(6) Lt. W.C (C.V.P.D.) Hardson,
(Enter full name of each defendant in this action.)
(D)-(7) Chief Librarian R. Gonzalez Defendant(s).

'08 CV 1354 JAH POR

Civil Case No. ____________
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983
Violation 4-8-14 U.S. Const.
Kidnapping-Robbery-Torture
of A Federal Witness-Victim.

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
U.S. Constitutional Violation of The 4th 8th and 14th Amendment
under California State Penal Code PC 147 – PC 149

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Bill W. Williams (print Plaintiff's name) Ph. (619) 661-2620, who presently resides at (GBDF) 446 Alta. RD. (mailing address or place of confinement) suite 5300 San Diego, Ca. 92158 were violated by the actions of the below named individuals. The actions were directed against Plaintiff at 389 Orange (91911) Ave. C.V. Ca. – (C.V.P.D.) - 315 4th Ave. C.V. CA (91910) (institution/place where violation occurred) on (dates) ______ (Count 1), ______ (Count 2), and ______ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

(1) Defendant C.V. mayor-S. COX (name) resides in San Diego county (County of residence),

and is employed as a mayor of Chula Vista Ca. (defendant's position/title (if any)) This defendant is sued in

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: The mayor Duty is to Promote Public Safety not To Protect Police criminal activity while victimizing the public for financial Gain. mayor cox is a criminal aider and abetter of Police Robbery, Kidnapping of A federal witness.

(2) Defendant A. moore (name) resides in San Diego county (County of residence),

and is employed as a Chula Vista City Attorney (defendant's position/title (if any)). This defendant is sued in

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: A. moore city Attorney use her office To Victimize victims By Police Abuse of Authority To protect City insurance companies from Being sued By victims of Police Brutality illegitimate Roguish Thugs That are falsely impersonating Police.

(3) Defendant Dawson (name) resides in San Diego county (County of residence),

and is employed as a Chula Vista Dep. City Att. (defendant's position/title (if any)) This defendant is sued in

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: Dawson is A City Attorney and Prosecuted me on 647(J) illegal Lodging which compound The damage That Police had done Kidnap-Robbery-4hrs. torture at Police Headquarters. on 4-25-07 I gave Dawson A copy of my complaint filed in federal Ct.

(4) Defendant R. Emerson (name) resides in San Diego County (County of residence).

and is employed as a Chula Vista Police chief (defendant's position/title (if any)). This defendant is sued in

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: as the chief of white trash I have named him and have stated That R. Emerson is A Liar and A Thief, he is the chief of Police, and he's got my Property, The Lying Thief, The Police Chief. he's got my Property. R. Emerson Violated my 4th-8th-and 14th Amendment of the U.S. constitution having Police Kidnap Torture.

(5) Defendant Captain D. Hunter Resides in San Diego county, and is employed as a Chula Vista Police captain. This Defendant is sued in his ☑ individual ☑ official capacity. This Defendant was Acting under color of Law as A captain in Traffic for the City of Chula Vista Police Department. captain Hunter have ordered my Property Stolen more Than 15 times at C.V. Library 389 orange Ave. C.V. Ca. 91911 captain Hunter knew That I was A federal witness against Police in 9 federal Law suits. I was Robbed, Tortured for 4hrs. At Police Head quarters at 315 4th Ave. C.V. Ca. 91910.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: access To court-due Process. (E.g., right to medical care, access to courts, Cruel and unusual Punishment- California Penal code P.C. due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) 147 and PC. 149 officer abuse A Prisoner in his custody-1year Prison.

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] S. COX Chula Vista mayor - City Attorney A. moore-Deputy City Attorney Dowson-Police Chief R. Emerson-captain Hunter-all could have stopped the Kidnap-The Robbery-The false imprisonment of me, A federal witness-Victim-Prosecutor Attorney in the U.S. Dictrict court Rooms, of Chief Judge of S.D. U.S. District court at 940 Front St. San Diego Ca. 92101-I. Gonzales and J. miller-L. Burnes-N. Jones-M. James Lorenz. At The seen and making the Arrest, having Scripp (ER) Doctor, if you could call, A Liar who falsify medical Records To Benefit Police-insurance companies a Doctor. Then Lt. Hardman The watch comander Knows where to find These Lying Doctors. I told Doctor I Refused any Treatement from This hospital and I wouldn't let him examin me. But-Lyar Gave The Police A written statement of my condiction without Taking any of my vital signs, and my Body was fully clothes The only Thing he could see was my hands and head.

Judges knew Police was charged in federal court with Arm Robbery By me

After Leaving Scripp Hospital I was taken to Police Station for A 4 hr. Torture and Robbery of All of my clothes money, keys, wallet "2"-shoes-Phone-Papers in my Pockets. After 4 hrs. hand cuff too tight on my wrist-Behind my Back-shoulder paining-sitting on my hand making the cuff cut deeper into my wrist in the Back seat of the Police car. Twice Police hit me in the mouth Busted my Lip causing it to swell and Bleed, done deliberately with intent to cause pain and injury. This was a Racial Hate crime, I am Black, Police was White, and these crimes was done against me while Police Represented The State of California which makes the Governer and the Attorney General Guilty as well. As many as 18 times I was Robbed at 389 orange Ave. Chula Vista Library over a period of 16 months. Gonzalez Librarian,

Count 2: The following civil right has been violated: Due process of Law 14th, The illegal seizure of me - my Property without warrant or Probable cause in violation of 4th - cruel and unusal Punishm - 8th,
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.] Mayor S. COX knew about the Law suits I had against the city of Chula Vista and CVPD Because the claim forms That I filed with the city Resource office goes to the mayors office. mayor Cox is Guilty of Aiding and abetting C.V. P. in Kidnapping torturing a federal witness against C.V. P.D. an City of Chula Vista. (Mayor Cox) is Guilty of Receiving Stolen Property of mine 3 truck Loads value at more Than $2,000.00 making The crime A felony. For Relief I demand her To Be Crim-inally Prosecuted-Jailed charges as obstruction of Justic, witness Tampering, Prosecuted for Violating my 4th-8th-14th Amendment of the U.S. Constitutional Rights.

(A. moore) City Attorney and (Dawson) Are Attorney of Law and Knows the crimes That the Police have committed against me for financial Gain Robbing me of Property and Cash. I am demanding Criminal Prosecution at The state and Federal Level and The disqualification and Removal from office and To pay 15% each of the total money Demanded.

(Police chief R. Emerson) and (Cpt. Hunter) and (Lt. Hardman) All are Administrator with the C.V. P.D. and committed these crimes knowingly and intentionly for (hate) and financial Gain, many many times, over, and over, under The color of Law. All city Governmental official named above have violated their oath of office, have defamated The U.S. Constitution, have committed Trison during the Time of 2 wars, Punishment should Be Ran out of Town, exicut-ed By firing squard, or hung By The nack untill Dead.

(R. Gonzalez) Provided Police with Total accomindations at The Library at 389 orange Ave. C.V.-Ca. To commit Felonies.

Count 3: The following civil right has been violated:
(E.g., right to medical care, access to courts,

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Bill W. Williams
Defendants: City of Chula Vista-mayor-Police chief-city manager.
(b) Name of the court and docket number: U.S. District Court 940 front Street San Diego, Ca. 92101.
(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] cases were Dismissed Becaused I was Kidnapped-Jail forced into A-State mental Hospital By Defendants-courts.
(d) Issues raised: City of Chula Vista Robbed-Kidnap witness against them used the corrupt County-State-court officals ordered me Addmittion To State mental Hospital for A year and ½ While they Bribed federal Judges to dismiss The cases.
(e) Approximate date case was filed: 2000 - 2002 Total 15 cases.
(f) Approximate date of disposition: 2001 TO 2008.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
I filed A claim with The city of Chula Vista Human Resource Center using their claim form.
The city Resource office Denyed my claim and sent me A Right To Sue Letter.
It is verry clear To me That The insurance companies agents are The major influrence on court-Police-Hospital Doctors Kidnapping-Torture-Robbery-falsifying my medical Records To have me Jailed-committed To mental Hospitals. To Prevent insurance companies from paying millions of Dollars claims. The insurance co. are The major Benefactor in getting my Law Suits Dismiss saving them Hundreds of Millions of Dollars. The FBI won't opean investigation on my Behalf and for my Protection from Defendants named in The 15 Law Suits.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From making contact with Bill W. Williams. To Prevent Defendants from Disposal of any Property of Bill W. Williams. To Prevent sale tranfers of Property at 389 orange Ave. C.V. Library

Papers evidence civil claims value at 1.6 Billion

2. Damages in the sum of $ 18,000,000.00   12 T X 50 X 30 = 18 mil.

3. Punitive damages in the sum of $ 30,000,000.00

4. Other: To forfeiture of Property At 389 orange Ave. Chula Vista Library - To Return All Property Taken from Bill W. William By C.V.P. in 2006-2007 Federal Prosecution (criminal) All Defendants

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

_______________
Date

Bill W. Williams
Signature of Plaintiff
Bill W. Williams

(6) Defendant Lt. Hardmon Resides in S.D. county, and is employed as A Chula Vista Police Lt. This Defendant is sued in his ☒ ind--ividual ☒ official capacity. This Defendant was Acting under Color of Law as a Lt. W.C. in traffic for the City of Chula Vista Police Department. on 4-26-07 2 C.V.P. officers came to C.V. Library at 389 orange Ave. C.V. Ca. 91911 where I've Been assaulted and Robbed of clothes, food, Cars, Bikes, Power Generator, T.V. DVD Player and Discs. and Appliances Toaster oven, micowave oven, Refrig. Gas, Electrict Hot Plate, Total to 3 Trucks Loads of my Personal Property without A Court order or Warrant-no due Pro-Cess of Law, crule and unusal Punish without A trial-Violating my 4th-8th-14th amendment of the U.S. Consititution. I was taken To Scripp (E.R.) Then to 315 4th Ave (C.V.P.D.) where I was tortured 4 hrs.

(7) Defendant R. Gonzalez Resides in S.D. County and is empoyed as a Chula Vista chief Librarian By The City of Chula Visto Ca. 91910. This defendant is sued in his ☒ individual ☒ official capacity. This defendant was acting under the color of Law: By allowing C.V.P. To use The Library property as a safe Heaven to committ felonies Crimes against A Federal witness against C.V.P.D and city Government. I have stated in many claims against The city, That Palmer and R. Gonzales are putting women and childern life and safety in Grave dang--er, with Police Bringing explosive devices in and at A Place occu--pied with women and childern. putting Public Safety in immenent danger. I have filed 9 Federal Law Suits against C.V.P.D. and The City Government in 2001 - 2003. Mr. Gonzales is a City employee same as C.V.P.D. He knew The danger That he was putting Peoples at the Library in, on 4-26-07. This was about the 18th time Police Attack me at This Library in Prior 16 months. Mr. Gonzales is as guilty as Police, mayor, City Attorney, as Being a menice to Society.

sgt mc Avinio 1-2-07

18-4-5/07 sgt. Rebel

Scripp Doc Lied about my physical condition in pass Lied about my mental.

Sprint Lied I serving 900 Day in gail

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. ***ES IMPORTANTE** para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| Bill W. Williams | 07780907 | S.D.C.J. Central Jail | 5 E-cell-4 |

U.S. District court clerk
880 Front Street
San Diego Ca. 92101

Bill W. Williams B.# 7780907
1173 Front Street 5E-4
San Diego. Ca. 92101

To The clerk - The Referrd-assighed Judges:

I Bill W. Williams is asking The court for A statutory Time waiver on the Late Filing of This complaint with The show of (Good cause). (1) I am in the San Diego County Jail from 4-26-07 Throw 11-21-08 To day is 7-20-08 Leaving 4 months to go Before my Release Date. (2) I don't have access To my Papers and Records. (3) The Sheriff won't make copies for me even when I had money to Pay for the copies. (4) The Def--endants has my Papers and Records and won't Release them to me. (5) I have Requested to go to Law Library and have not been Schedure for The Library. I need The court to send me A copy of The Local Rules for the U.S. District court, Southern District of california, and A copy of my complaint stamped with case # no., and all other Papers for my Records, and Please waive the cost of Printing and All other charges, for I am indigent without any source of income and disable. When Responding, Please write confidential on out-side of envelope.

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

Date 7-20-08
Bill W. Williams

OVER / VEA AL REVERSO

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

0354 1983
FILING FEE PAID
Yes No
IFP MOTION FILED
Yes No
COPIES SENT TO
Court ProSe

FILED
JUL 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**I (a) PLAINTIFFS**

**Bill W. Williams**

**DEFENDANTS**

**City of Chula Vista, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Bill W. Williams**
**446 Alta Road, Suite 5300**
**San Diego, CA 92158**
**07880907**

**ATTORNEYS (IF KNOWN)**

'08 CV 1354 JAH POR

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 7/25/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R Miller