Bill W. Williams
PLAINTIFF/PETITIONER/MOVANT'S NAME
07780907
PRISON NUMBER
San Diego Central Jail
PLACE OF CONFINEMENT
1173 Front Street
ADDRESS San Diego, Ca. 92101

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
JUL 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District Of California

Bill W. Williams
Plaintiff/Petitioner/Movant

v.

City of Chula Vista et al.
Defendant/Respondent

Civil No. '08 CV 1354 JAH POR
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration San Diego Central Jail (SDCJ)
   Are you employed at the institution? ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   ______________________________________________

   ______________________________________________

   ______________________________________________

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   self employed at 3001 clay Ave. Sandiego Ca. 92113
   Bill W. Williams Address Same as Above.
   150.00 - 200.00 Per week June 1989 - unemployed

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   ______________________________________________

   ______________________________________________

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): Bank of America - Palm - Branch
   b. Present balance in account(s): unknown SSI Letter State I owe Them 1,880's for over Payment - I have Been terminated SSI.

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: Year: Model:
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. none

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
none

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): none

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
up untill 4-26-07 I was getting 940.00 monthy from SSI, 4-26-07 CVPD Kidnapped Robbed-False emprison me At 389 orange Ave. Chula Vista Library-Today 7-12-08

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE 7-12-08 [signature]
SIGNATURE OF APPLICANT

If you are a **prisoner you** must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirment.

## PRISON CERTIFICATE

**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant **Bill W. Williams**
(Name of Inmate)

**Booking No. 7780907**
(Inmate's CDC Number)

has the sum of $ **0.80** on account to his/her credit at

**SAN DIEGO CENTRAL JAIL**
(Name of Institution)

I further certify that the applicant has the following securities ... **NONE**
to his/her credit according to the records of the aforementioned institution. I further certify that ***during the past six months*** the applicant's ***average monthly balance*** was ....................$ **$0.00**

& the ***average monthly deposit*** to the applicant's account was...............$ **$0.00**

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

**July 18, 2008**

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**Sgt. Julie A. Schroeder**
OFFICER'S FULL NAME (PRINTED)

**Administrative Sergeant, SDCJ**
OFFICER'S TITLE /RANK

**I, the undersigned custodian of records, certify that the attached is a true and correct copy of the original document on file in the Records Division of the San Diego County Sheriff's Department.**

**SHERIFF OF SAN DIEGO COUNTY**
**By** Hanson **Date** 7/18/08

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Bill W. Williams, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 7-11-08

Bill W. Williams
SIGNATURE OF PRISONER

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

**Fac:** 1 **Account Group:** INMATE **Account Type:** GEN

**Account #:** 7780907

**Name(L,F,M,S):** WILLIAMS, BILL, WAYNE

**Start Dt/Tm:** 01-01-1990 1200 **Ending Dt/Tm:** 07-18-2008 1321

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 400947912 | INTAKE | 10-31-2007 1819 | $255.00 | $255.00 |
| 400959685 | COM | 11-08-2007 0724 | ($74.78) | $180.22 |
| 400960445 | COMRET | 11-08-2007 1701 | $6.40 | $186.62 |
| 400964073 | COM | 11-12-2007 0649 | ($32.51) | $154.11 |
| 400965209 | COMRET | 11-12-2007 1701 | $1.69 | $155.80 |
| 400974919 | COM | 11-19-2007 0656 | ($13.07) | $142.73 |
| 400976240 | COMRET | 11-19-2007 1701 | $1.77 | $144.50 |
| 401001733 | COM | 12-06-2007 0800 | ($36.35) | $108.15 |
| 401012124 | COM | 12-13-2007 0741 | ($40.91) | $67.24 |
| 401013014 | COMRET | 12-13-2007 1701 | $4.64 | $71.88 |
| 401023979 | COM | 12-20-2007 0715 | ($40.32) | $31.56 |
| 401024947 | COM | 12-20-2007 1701 | ($0.15) | $31.41 |
| 401035767 | COM | 12-27-2007 0810 | ($2.93) | $28.48 |
| 401047871 | COM | 01-03-2008 0736 | ($2.46) | $26.02 |
| 401060093 | COM | 01-10-2008 0737 | ($3.43) | $22.59 |
| 401060910 | COM | 01-10-2008 1701 | ($0.08) | $22.51 |
| 401101054 | COM | 02-04-2008 0803 | ($2.94) | $19.57 |
| 401113551 | COM | 02-11-2008 0710 | ($7.18) | $12.39 |
| 401245543 | COM | 04-25-2008 0713 | ($2.92) | $9.47 |
| 401258232 | COM | 05-02-2008 0710 | ($2.24) | $7.23 |
| 401295186 | COM | 05-23-2008 0719 | ($6.43) | $0.80 |

**Transaction Total:** $0.80

**Total Amount by Transaction Type**

| | |
|---|---|
| COM / COMMISSARY INMATE PURCHASING ITEMS | ($268.70) |
| COMRET / COMMISSARY - INMATE RETURNING ITEMS | $14.50 |
| NTAKE / INTAKE OF FUNDS FROM PRE-BOOKING PERSONAL PROPERTY SCREEN | $255.00 |

**Transaction Total:** $0.80